## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**NATIONAL SPECIALTY INSURANCE
CO, a Texas corporation**

     **Plaintiff,**

**v.**                                                                                     **Case No: 5:13-cv-577-Oc-22PRL**


**PATCO TRANSPORT, INC. and DOES
1-10, INCLUSIVE**

     **Defendants.**

_____

## ORDER

Pending before the Court is the Garnishee's motion for attorney's fees.   (Doc. 59).

Garnishee SunTrust Bank requests that the Court direct Plaintiff to pay the $100 attorney fee

directly to Garnishee.

Section 77.28 provides that "upon issuance of any writ of garnishment, the party applying

for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the

writ for the payment or part payment of his … attorney fee which the garnishee expends or agrees

to expend in obtaining representation in response to the writ."   Fla. Stat. § 77.28.

Thus, the Court **GRANTS** Garnishee's motion for attorney's fees.   (Doc. 59).   Plaintiff

is directed to pay the $100 directly to Garnishee.

**DONE** and **ORDERED** in Ocala, Florida on September 22, 2014.


PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties